In the Matter of the Claim of Melchion Ott against The Green-Wood Cemetery, Respondent.

State Industrial Board, Appellant.

(Submitted May 23, 1933; decided June 6, 1933.)

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* and *Henry Epstein* of counsel), for State Industrial Board, appellant.

*J. Wesley Seward* and *Henry H. Anderson* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.